1  DAVID S. STEUER, State Bar No. 127059
   KIMBERLEY A. FONNER, State Bar No. 191208
2  TUNG-ON KONG, State Bar No. 205871
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: kfonner@wsgr.com
6
   Attorneys for Plaintiff
7  UTSTARCOM, INC.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 UTSTARCOM, INC., a Delaware corporation,      )   CASE NO.: 5:06-cv-03623-JF (PVT)
                                                 )
12            Plaintiff,                         )   [PROPOSED] ORDER GRANTING
                                                 )   REQUEST FOR ADMINISTRATIVE
13       v.                                      )   RELIEF TO LODGE DOCUMENTS
                                                 )   UNDER SEAL IN CONNECTION
14 PASSAVE, INC, a Delaware corporation, and     )   WITH PLAINTIFF UTSTARCOM,
   PASSAVE, LTD., an Israeli limited company,    )   INC.'S MOTION FOR REMAND
15                                               )   AND FOR FEES AND COSTS
            Defendants.                          )
16                                               )   Date:  August 4, 2006
                                                 )   Time:  9:00 a.m.
17                                               )   Dept:  Courtroom 3, 5th Floor
                                                 )
18                                               )   Before: Honorable Jeremy Fogel
                                                 )
19 _____

20

21      Good cause appearing therefor, IT IS HEREBY ORDERED THAT the following

22 documents submitted June 19, 2006 to the Court by Plaintiff UTStarcom, Inc. in connection with

23 UTStarcom, Inc.'s Motion for Remand and for Fees and Costs shall be lodged under seal:

24      Exhibits 3, 4 and 5 to the Declaration of Kimberley A. Fonner in support thereof.

25

26      IT IS SO ORDERED.

27 DATED: _6/20/06_____

28                                          _____
                                                    Hon. Jeremy Fogel

   [PROPOSED] ORDER,                    - 1 -        C:\NrPortbl\PALIB1\FB1\2900573_1.DOC
   CASE NO. 5:06-cv-03623-JF (PVT)

Dockets.Justia.com