QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Thomas E. Wallerstein (Bar No. 232086)
  tomwallerstein@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for defendants Passave, Inc. and Passave Ltd.

**E-filed 7/5/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UTSTARCOM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PASSAVE, INC., a Delaware Corporation, and PASSAVE LTD., an Israeli limited company,<br><br>Defendants. | CASE NO.: 06-CV-03623<br><br>[Proposed] Order Granting Administrative Motion to File Documents Under Seal<br><br>Assigned to: Hon. Jeremy Fogel<br><br>Trial Date:   none set |

Good cause appearing, IT IS HEREBY ORDERED that Exhibits V1, V2 and V3 to Passave Ltd.'s Amended Notice of Removal, filed with the Court on June 29, 2006, shall be filed under seal.

DATED: _____July 5_____, 2006

_____
Hon. Jeremy Fogel