**E-Filed 8/16/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UTSTARCOM, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>PASSAVE, INC., et al.,<br><br>                Defendants. | Case Number C 06-03623 JF (PVT)<br><br>ADMINISTRATIVE ORDER |

     Three motions are presently scheduled for oral argument on August 18, 2006. Plaintiff UTStarcom, Inc. ("UTStarcom") moves to remand the instant action to Santa Clara Superior Court. Defendants Passave, Inc. and Passave, Ltd. each move to dismiss UTStarcom's claims. Because a decision to remand the instant action to Santa Clara Superior Court would make the motions to dismiss moot, the Court will hear oral argument only on UTStarcom's motion to remand. If the Court denies the motion to remand, oral argument on the motions to dismiss will be rescheduled.

     IT IS SO ORDERED.

DATED: August 16, 2006

                                                       _____
                                                       JEREMY FOGEL
                                                       United States District Judge

Case No. C 06-03623 JF (PVT)
ADMINISTRATIVE ORDER
(JFLC1)

1 | This Order has been served upon the following persons:

2 | Kimberley A. Fonner — kfonner@wsgr.com, fgarcia@wsgr.com

3 | Tung-On Kong — tkong@wsgr.com,

4 | Claude M. Stern — claudestern@quinnemanuel.com,
sandranichols@quinnemanuel.com;
5 | Dougcolt@quinnemanuel.com;
Kristalstanley@quinnemanuel.com;
6 | Rachelherrick@quinnemanuel.com;
Michellechuor@quinnemanuel.com;
7 | Margretcaruso@quinnemanuel.com

8 | David S. Steuer — dsteuer@wsgr.com

9 | Thomas Edward Wallerstein — tomwallerstein@quinnemanuel.com,
cherylmorones@quinnemanuel.com

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 06-03623 JF (PVT)
ADMINISTRATIVE ORDER
(JFLC1)